HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
JEFFREY TECHAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JEFFREY TECHAU,<br><br>  Defendant. | Case No.  2:16-PO-00301-DB<br>          2:16-PO-00302-DB<br>          2:16-PO-00461-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND INITIAL APPEARANCE<br><br>Date: January 17, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Phillip A. Tabert, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant for the Federal Defender Linda Allison, attorney for Jeffrey Techau, that the status conference and initial appearance scheduled for December 20, 2016 be vacated and be continued to January 17, 2017 at 10:00 a.m.

This continuance is necessary as defense is still evaluating evidence and needs time to hold discussions with her client in furtherance of resolution.

DATED: December 13, 2016           Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/Linda Allison
                                   LINDA ALLISON
                                   Chief Assistant to the Federal Defender
                                   Attorneys for Defendant
                                   JEFFREY TECHAU

DATED: December 13, 2016

PHILLIP A. TALBERT
United States Attorney

/s/Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the December 20, 2016 status conference and initial appearance shall be continued until January 17, 2017 at 10:00 a.m.

Dated: December 13, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE