HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
JEFFREY TECHAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-PO-00301-DB |
| --- | --- | --- |
| Plaintiff, | ) ) ) | 2:16-PO-00302-DB 2:16-PO-00461-DB |
| vs. | ) ) | STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND SET A |
| JEFFREY TECHAU, | ) ) | CHANGE OF PLEA HEARING |
| Defendant. | ) ) ) ) | Date:  February 7, 2017 Time: 10:00 a.m. Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between Special Assistant United States Attorney Robert Artuz and Chief Assistant Federal Defender Linda Allison, attorney for Jeffrey Techau, that the status conference set for February 7, 2017 be vacated and a change of plea hearing be set on February 7, 2017 at 10:00 a.m.

The parties have reached plea negotiations and the defendant is prepared to change his plea.

DATED: February 2, 2017         Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/Linda Allison
                                LINDA ALLISON
                                Chief Assistant to the Federal Defender
                                Attorneys for Defendant
                                JEFFREY TECHAU

///

Stipulation and [Proposed] Order          -1-

DATED:  February 7, 2017          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/
                                  ROBERT ARTUZ
                                  Special Assistant U.S. Attorney
                                  Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the status conference set for February 7, 2017 be vacated, and a change of plea hearing be set for February 7, 2017 at 10:00 a.m.

Dated:  February 6, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order          -2-